UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 2:06-cr-01

GILBERT ROGER QUESNEL,    HON. R. ALLAN EDGAR

    Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on January 24, 2006, for purposes of arraignment on an indictment charging him with Re-Entry of Removed Aliens. At that time, the court was advised that an immigration detainer had been placed on the defendant. Accordingly, defendant will be detained pending further proceedings. Defendant will reserve the right to request a detention hearing at a later date if the issue of the immigration detainer is resolved.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

    /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE

Dated:  February 13, 2006